IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FREIDA BOSH,                          §
                    Plaintiff,        §
                                      §
                                      §
v.                                    §        No. 3:22-CV-2855-D
                                      §
HILLSIDE WEST,                        §
                    Defendant.        §

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated February 16, 2023, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

Accordingly, the court dismisses this action without prejudice under 28 U.S.C. § 1915(e)(2)(B), but with leave to replead. The court grants plaintiff leave to file a second amended complaint that pleads sufficient facts to state a plausible claim under the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. Plaintiff must file her second amended complaint within 28 days of the date of this order. If she fails to do so, this case will be subject to dismissal without further advance notice to plaintiff based on the magistrate judge's the findings, conclusions,

and recommendation dated February 16, 2023.

**SO ORDERED**.

March 15, 2023.

SIDNEY A. FITZWATER
SENIOR JUDGE